UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDINA OSBORNE

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

PRICEWATERHOUSE COOPERS LLP

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE

2016 AUG 18 PM 1:49

S.D. OF N.Y.

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☐ Yes ☐ No
*(check one)*

**16 CV 6546**

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

☐ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

☐ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  
Name CLAUDINA OSBORNE  
Street Address 1039 E 217th STREET  
County, City BRONX  
State & Zip Code N.Y 10469  
Telephone Number 917-609-2443

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  
Name PRICEWATERHOUSE COOPERS LLP  
Street Address 300 MADISON AVENUE  
County, City NEW YORK  
State & Zip Code N.Y. 10017  
Telephone Number

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer  
Street Address  
County, City  
State & Zip Code  
Telephone Number

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____ Failure to hire me.

✓ Termination of my employment.

_____ Failure to promote me.

_____ Failure to accommodate my disability.

_____ Unequal terms and conditions of my employment.

    _____    Retaliation.

    _____    Other acts *(specify)*: _____.

*Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: **11/18/15** *Date(s)*

C. I believe that defendant(s) *(check one)*:

    _____    is still committing these acts against me.

    _____    is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☑ race                ☐ color

    ☐ gender/sex         ☐ religion

    ☐ national origin

    ☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

    ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*: **A WHITE EMPLOYEE ON NOVEMBER 18 2015, I WAS HUMILIATED BY JESSICA FROM HUMAN RESOURCES DEPARTMENT AT PRICEWATERHOUSECOOPERS LLP WHEN I WENT TO INTRODUCE MYSELF TO HER AND COLLECT A FACETIME BOOK TO ASSIST ME WITH MY JOB. AS I APPROACHED JESSICA'S OFFICE SHE SLAMMED THE DOOR IN MY FACE IN FRONT OF HER PEERS AND I WAS HURT. I IMMEDIATELY EMAILED JESSICA EXPLAINING TO HER THE REASON I WAS REACHING OUT TO HER. I LEFT PRICEWATERHOUSECOOPERS LLP AFTER 10:00PM ON 11/18/15 AND LESS THAN 2 HOURS I WAS TERMINATED VIA TELEPHONE**

*Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: **11/23/15** *(Date)*.

B.  The Equal Employment Opportunity Commission (check one):

   _____ has not issued a Notice of Right to Sue letter.

   _____ issued a Notice of Right to Sue letter, which I received on _____ (Date).

   *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (check one):

   _____ 60 days or more have elapsed.

   ✓ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: I WAS TERMINATED AFTER 1 MONTH BECAUSE OF INCIDENT ON 11/18/16 WHEN I WAS HUMILIATED BY JESSICA FROM HR AT PRICEWATERHOUSECOOPERS LLP AND I FILED RACE DISCRIMINATION CASE AND I SIGNED CONTRACT FOR 1 YEAR AT $33/HR. WANT COMPENSATED FOR UNLAWFUL TERMINATION A WHITE EMPLOYEE
(Describe relief sought, including amount of damages, if any, and the basis for such relief.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12 day of AUGUST, 20 16

Signature of Plaintiff _____

Address 1039 E 217 STREET BRONX N.Y 10469

Telephone Number 917 609 2443

Fax Number (if you have one) _____

EEOC Form 161 (11/09)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Claudina Osborne
1039 E. 217 Street
Bronx, NY 10469

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2016-00761 | Holly M. Woodyard, State & Local Program Manager | (212) 336-3643 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Kevin J. Berry,
District Director

AUG 0 5 2016
(Date Mailed)

Enclosures(s)

cc: Attn: Director of Human Resources
PRICEWATERHOUSECOOPERS LLP
300 Madison Avenue, 24th Floor
New York, NY 10017