UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10|7|16__

CLAUDINA   OSBORNE

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

PRICEWATERHOUSECOOPERS   LLP

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

**AMENDED
COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:   ☐ Yes   ☑ No

*(check one)*

16 Civ. 6546 (CM)

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓         Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
          to 2000e-17 (race, color, gender, religion, national origin).
          ***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a
          Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
          621 - 634.
          ***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in
          Employment Act, you must first file a charge with the Equal Employment Opportunity
          Commission.*

_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
          12117.
          ***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act,
          you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
          Commission.*

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
          race, creed, color, national origin, sexual orientation, military status, sex,
          disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
          131 (actual or perceived age, race, creed, color, national origin, gender,
          disability, marital status, partnership status, sexual orientation, alienage,
          citizenship status).

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _CLAUDINA OSBORNE_
Street Address _1039 E 217th STREET_
County, City _BRONX_
State & Zip Code _N.Y 10469_
Telephone Number _917-609-2443_

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name _PRICEWATERHOUSECOOPERS LLP_
Street Address _300 MADISON AVE_
County, City _NEWYORK NY_
State & Zip Code _NY 10017-6204_
Telephone Number _646-471-3000_

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____  Failure to hire me.

✓  Termination of my employment.

_____  Failure to promote me.

_____  Failure to accommodate my disability.

_____  Unequal terms and conditions of my employment.

_____  Retaliation.

_____ Other acts *(specify)*: _____.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.  It is my best recollection that the alleged discriminatory acts occurred on: **11|18|2015**.
*Date(s)*

C.  I believe that defendant(s) *(check one)*:

_____ is still committing these acts against me.

_____ is not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☑ race _____ ☐ color _____

☐ gender/sex _____ ☐ religion_____

☐ national origin _____

☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☐ disability or perceived disability, _____ *(specify)*

E.  The facts of my case are as follow *(attach additional sheets as necessary)*:

ON NOVEMBER 18 2015, I WAS DISCRIMINATED AGAINST BY JESSICA FROM HUMAN RESOURCES DEPT. A WHITE WOMAN WHO IS AN EMPLOYEE AT PRICEWATERHOUSECOOPERS LLP WHERE I WAS WORKING, WHEN I WENT TO INTRODUCE MYSELF AND TO COLLECT A FACE TIME BOOK IN ORDER TO ASSIST ME IN DOING MY JOB AS I APPROACHED JESSICA FROM HR SLAMMED THE DOOR IN MY FACE IN FRONT OF HER PEERS AND I WAS HURT AND HUMILIATED. I IMMEDIATELY EMAILED JESSICA EXPLAINING THE REASON I WAS REACHING OUT TO HER. I LEFT PRICEWATERHOUSECOOPERS LLP AFTER 6:00PM ON 11/18/2015 AND LESS THAN 2 HOURS ON MY COMMUTE HOME I GOT 1st TEL CALL NOT TO REPORT TO WORK WITHOUT CALLING LISA MILLER AND I WAS TERMINATED. I TRIED TO CONTACT PWC LAWYER SHELLEY ALLYNE TO GET SUPPORTING DOCUMENTS NO RESPONSE.

**Note:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III. Exhaustion of Federal Administrative Remedies:

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ **11/23/2015** _____ *(Date)*.

B.  The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

_____ issued a Notice of Right to Sue letter, which I received on _____ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____   60 days or more have elapsed.

✓   less than 60 days have elapsed.

## IV.   Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: I WAS TERMINATED AFTER 1 MONTH ON THE JOB AND AFTER THE HUMILIATING ENCOUNTER WITH JESSICA A WHITE EMPLOYEE IN THE HR DEPT AT PWC LLP AND THIS INCIDENT WAS ON 11/18/2015 AND I WAS TERMINATED THAT DAY. I SIGNED 1 YR CONTRACT AT $32/HR, I WANT
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*
TO BE COMPENSATED MY CONTRACT BECAUSE TERMINATION WAS UNLAWFUL AND WAS NOT ANY FAULT OF MY OWN, DESPITE PWC FALSE ACCUSATIONS WHICH WAS UNWARRANTED.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7 day of OCTOBER, 20 16

Signature of Plaintiff

Address   1039 E 217 STREET
BRONX   N.Y. 10469

Telephone Number   917 - 609 - 2443

Fax Number *(if you have one)* _____

c) give the dates and times of each relevant event or, if not known, the approximate date and time of each relevant event;

d) give the location where each relevant event occurred;

e) describe how each defendant's acts or omissions violated Plaintiff's rights and describe the injuries Plaintiff suffered; and

f) state what relief Plaintiff seeks from the Court, such as money damages, injunctive relief, or declaratory relief.

Essentially, the body of Plaintiff's amended complaint must tell the Court: who violated her federally protected rights; what facts show that her federally protected rights were violated; when such violation occurred; where such violation occurred; and why Plaintiff is entitled to relief. Because Plaintiff's amended complaint will completely replace, not supplement, the original complaint, any facts or claims that Plaintiff wishes to maintain must be included in the amended complaint.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff is granted leave to file an amended complaint that complies with the standards set forth above. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within sixty days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 16-CV-6546 (CM). An Amended Complaint for Employment Discrimination form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief may be granted.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

4

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    September 8, 2016
          New York, New York

COLLEEN McMAHON
Chief United States District Judge

Claudina Osborne
1039 E 217th Street
Bronx NY 10469
CASE # 16 CV 6546 CM

United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York NY 10007

October 7th, 2016

Dear Colleen McMahon, Chief United States District Judge:

I am hereby asking for mediation into my race discrimination case #16CV
-6456-CM against PricewaterhouseCoopers LLP. THE REASON FOR REQUESTING
mediation is that based on Ammendments request for supporting documents
to substantiate my claims in regards to my race discrimination. I was not
able to secure substantiative documents prior to leaving PricewaterhouseCoopers LLP
on 11/18/2015 because I wasn't privy to any job performance issue or was I aware
of any problems at the job other than the humiliation that I was exposed to on 11/18/15
the last day I was on the job at PricewaterhouseCoopers LLP on 300 Madison Avenue
Ste.27 New York NY 10017.

I HAVE REACHED OUT TO PRICEWATERHOUSE COOPERS LLP LAWYER SHELLEY
ALLEYNE To try to retrieve supporting documents which would have
been on PricewaterhouseCoopers LLP Laptop that was left on the job the
same day I was humiliated by Jessica a white employee at Pricewater-
houseCoopers LLP and two hours later was terminated and I have not
received any response both my calls and email have gone unanswered.

I would like to be compensated for this unlawful termination by
PricewaterhouseCoopers LLP by paying me for my full 1 year Contract
that was signed on 9/24/2015 @ $32.00/HR @ 40 HRS/WEEK.

Thank you very much for your kind consideration into this urgent matter.

Regards,
Claudina Osborne



# New York State Division of Human Rights
## Complaint Form

## CONTACT INFORMATION

**My contact information:**

Name: CLAUDINA OSBORNE

Address: 1039 E 217 STREET    Apt or Floor #: _____

City: BRONX    State: NY    Zip: 10469

## REGULATED AREAS

**I believe I was discriminated against in the area of:**

☒ Employment

☐ Education

☐ Volunteer firefighting

☐ Apprentice Training

☐ Boycotting/Blacklisting

☐ Credit

☐ Public Accommodations
*(Restaurants, stores, hotels, movie theaters amusement parks, etc.)*

☐ Housing

☐ Commercial Space

☐ Labor Union, Employment Agencies

**I am filing a complaint against:**

Company or Other Name: PRICE WATER HOUSE COOPERS LLC

Address: 300 MADISON AVENUE

City: NEW YORK    State: NY    Zip: 10017

Telephone Number: 646 471 4250
(area code)

Individual people who discriminated against me:

Name: JESSICA    Name: _____

Title: HUMAN RESOURCES    Title: _____

## DATE OF DISCRIMINATION

The most recent act of discrimination happened on:  11 / 18 / 2015
                                                    month  day  year

3

## BASIS OF DISCRIMINATION

*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Familial Status is a basis only in Housing and Credit complaints). These exceptions are listed next to the types of discrimination below.

### I believe I was discriminated against because of my:

| | |
|---|---|
| ☐ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth: | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☐ **Marital Status**<br>Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☐ **Military Status:**<br>Please specify: |
| ☐ **Creed / Religion**<br>Please specify: | ☐ **National Origin**<br>Please specify: |
| ☐ **Disability**<br>Please specify: | ☒ **Race/Color or Ethnicity**<br>Please specify: *BLACK* |
| ☐ **Domestic Violence Victim Status:**<br>*(Employment only)*<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ Female ☐ Male<br>  ☐ **Pregnancy**<br>  ☐ **Sexual Harassment** |
| ☐ **Familial Status** *(Housing and Credit only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |
| ☐ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*<br><br>Please specify: | |

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

PLEASE SEE 2 PAGES ATTACHED

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

I lived and worked in Orlando Florida and I applied for a position with Pricewaterhouse Coopers LLC as an Account Investment Specialist, I did an interview for the position got the position signed a contract for a year from October 5th 2015 to September 30th 2016.

I resigned my job in Orlando October 2nd 2015 caught a flight to New York on October 4th 2015 where I was so excited to finally get my dream job. I had to rent a place for the year and leave my house that I bought and I am paying mortgage because this was an opportunity of a lifetime that I wanted for quite some time, it would allow me to utilize my Masters in Public Administration and Finance along with my previous skills to enhance the organization goals and a perfect match.

On Monday 5th 2015 I wasn't able to start although completing background check I had to fulfill all compliance with Pricewaterhouse Coopers LLC and I had some stocks that were not in compliance which I had to first sell and then once that was completed, I was in compliance and I was given a new start date of October 13 2015.

Once I got my badge and laptop, I was ready for any challenges that lie ahead because I am a dedicated hard worker and pride myself to be the best at anything I do. I was in training for two and a half weeks and I was given full autonomy the beginning of November. During training I was told that I would have to send emails follow up with Billing Managers and Billing Leaders for assistance in collecting the cash and that we were not allowed to go directly to clients. I was told that our team had never been able to meet their goals. At that point I challenged myself that this month we were going to meet the goals for the first time although it is a short month because of the Thanksgiving holidays shortening the month. I was on track to do just that I sent out the emails and was given a goal of collecting $5.3 million for the month of November, presently I collected 1.8 million about 34% of my goals which is further than we were in October around the same time. I vowed to meet my goal 100% because BCMI Banking Capital Market and Insurance have never met their goals and being the perfectionist that I am I felt I was poised to do just that.

I am still in shock and disbelief as I write this because I am trying to figure out what was it that they have concocted that I did that would have caused Pricewaterhouse Coopers LLC to call my agency to tell me that because of my performance they have ended my assignment. My challenge to Pricewaterhouse Coopers LLC is that they need to prove to me based on my work so far after two and a half weeks training and two weeks on the assignment that what did based on policy and procedure failed so horribly that they felt so compelled to terminate my year contract only after 4 weeks 5 days into my assignment. I need to know exactly what the cause of this action was, it is not right for companies to use fictitious reasons as basis to eliminate someone without first telling, warning or correcting that person as a right in New York. if it is based on my work performance so far in 2 weeks that they must prove why they came to this conclusion, so I could not repeat that same mistake or whatever they are claiming against me. I know for a fact based on what I have accomplished in 2 weeks in collections compared to the previous months which was 4.4M that I have exceeded the numbers in the same time period based on $1M less collection goals, On Monday I reached out to ask if there is any further training that they think that I needed and was told only half an hour more training I needed so that signify that they were pleased with the way things were or else they would have corrected the method that wasn't working for the past 2 weeks.

This is where the situation seems to have shifted and it all started November 18th 2015. What was so different that day than any of the other previous days might hold the answer to this debacle and needs rehashing to try to understand if It is the sole reason for ending my assignment. I'll be happy to give you the only logical conclusion that I have come to over and over since then is that it is racially motivated and here it is why I challenge Pricewaterhouse Coopers LLC to prove to me otherwise.

After I had completed all my reports and went through my emails that I had received with confirmation on what to expect so far based on just a few responses was about $1.2 million more than the already $1.8 million collected as of November 18th 2015 which would have been $3million of the 5.3Million about 57% with a week to go. I didn't update because I wanted to wait until Thursday and get a better idea because the response was not even 2% of the emails sent, which to me was not the kinds of response I was hoping for based on all the emails I sent to all Billing Managers and Billing Leaders and that was the reason I decided to hold off until the next day when more emails would come in and then I'll update expected cash to collect.

I asked an Account Investment Specialist how to get the kinds of response needed to collect outstanding cash from Billing Managers and Billing Leaders and I was advised that it has always been a challenge as an Account Investment Specialist getting the response needed to collect the cash to meet your monthly goals. I love challenges this is why this position was so appealing to me because I had a plan to be the first to ever reach the 100% monthly goal in collections in my team. I was then asked if I was introduced to the Billing Leaders and Billing Managers which is over 18 Billing Leaders and another 35 Billing Mangers and I said no, only a few and I

said two Billing Leaders and about four Billing managers and I was told in order to get their attention as they pass, you should start conversations that would eventually lead to you asking about collections. I was then told to go to Jessica the HR person and to introduce myself and get a face time book which is a book with pictures of all the Billing Partners and Billing Managers so that I could recognize them as they passed my workstation. I thought that this was a great idea and thanked the AIS for even letting me know that such a helpful face recognition book was available because no one informed me of this tool before in the training.

I went to the HR to introduce myself and I realize that she had two other persons in her office and so I did not stop, I went to other offices to see if anyone was available for me to introduce myself and to talk about our goals for November cash collections and to see if there is any assistance that they might need in order for us to collect by month end and a lot of offices were empty or door closed. I walked back towards Jessica from HR and Billing Leader/Billing Champion office and Jessica was still busy in her office. On my way back from the bathroom later I detoured and went again towards Jessica from HR and she was not there only one of the two persons that were there previously.

I went to get my laptop because I printed out the Consolidated Accounts Receivable Aging Report sorting the largest to smallest cash collection amounts because I wanted to discuss with Billing Leader/Billing Champion if it would be possible to collect any of our largest outstanding cash amounts because I knew time was rapidly counting down and in order for me to reach my November collection goals that would have to be the strategy and the key to meeting the goals in the most effective and efficient way.

With laptop in hand I went again to try to speak to our Billing Leader/Billing Champion and possibly Jessica from HR if she was free and also because the offices were in the same vicinity of each other. AS I passed Jessica office I heard the door slam shut and so I also realize that the Billing Leader/Billing Champion's office door was closed and the workstation which I assume is the AE for the Billing Leader/Billing Champion was empty I decided to email Jessica because I felt insulted because I thought to myself maybe she was upset I came by her office so many times and so I emailed Jessica from HR from just a few feet from her office between her office and the Billing Leader/Billing Champion's office by the vacant desk of possibly the AE and in the email I said to Jessica that I was hoping to introduce myself to her and to get a face time book.

I also started an email to the Billing Leader/Billing Champion to let him know I needed to meet with him at his convenience to talk about how we would be able to meet our goals and after completing the email I decided against sending that email and I'm not sure if it is in draft or I deleted instead I decided to go through his AE and try to get on his calendar either later today November 18th 2015 or tomorrow and I left and returned to my workstation.

On returning to my workstation I inquired from the PA on our team because I was unsuccessful in meeting HR to get the face time book that I'm sure would have provided me with the pertinent information that would assist me in doing my job more effectively and efficiently. I said to the PA I tried Jessica from HR and also the Billing Leader/Billing Champion but his door was closed and I would like the names of all AE's for the Billing Leaders and Billing Managers and was told by the PA Billing Leaders were the only ones with AE's and Billing Managers managed their own calendar and the PA was not sure of all of the AE's and only wrote down two AE's and I did get to send emails to both AE's requesting time to meet with them which was the last time I had access to my computer and the rest is history.

This infamous November 18th 2015 at 7:41PM after leaving the job at 6:00pm, I received first call I didn't hear the call when it came in from 303-223-6297 and another one from 609-468-2841 at 9:59 PM stating that this is Lisa Miller and that I must call her back any time before returning to PWC in the morning, my heart skipped a beat once I realized I missed two calls and replayed the voice message because the message just didn't sit well with me I already knew the conclusion my heart was racing and I knew I had to make that dreaded call back even though I didn't want to and so I did and was told something to the effect that PWC terminated my assignment and I asked Why don't even recall if it is not right fit or something along that line and if I have laptop they would send FEDEX /UPS can't even fully relate story because of the shock and to return in package sent at no cost to me, I said I left laptop at work I only had badge and keys still haven't seen FEDEX/UPS.

So this is why I am Challenging PWC to prove to me it is not racism that brought on this demise and that I know I did nothing unethical in my work or that my job performance was not professional and efficient in the past 4 weeks 5 days and I am demanding evidence that would prove otherwise and that I did not breach my contract and must be compensated fully for the year.

# EMPLOYMENT DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment. If not, turn to the next page.*

**How many employees does this company have?**

☐ a) 1-3 ☐ b) 4-14 ☐ c) 15 or more ☐ d) 20 or more ☒ e) Don't know

**Are you currently working for the company?**

☐ Yes

Date of hire: (_____ _____ _____)   What is your job title? _____
             Month    day    year

☒ No

Last day of work: ( 11  18  2015 )   What was your job title? *ACCOUNT INVESTMENT SPECIALIST*
                 Month  day   year

☐ I was not hired by the company

Date of application: (_____ _____ _____)
                    Month   day    year

## ACTS OF DISCRIMINATION

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☒ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☐ Harassed or intimidated me (other than sexual harassment)

☐ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☐ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☐ Gave me a disciplinary notice or negative performance evaluation

☐ Other: _____

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This ___ day of _____ 20__

Signature of Notary Public

County:                      Commission expires:

JEANNE L. ORTIZ
Notary Public, State of New York
Qualified in Bronx Co. No. 01OR6164559
Commission Expires Oct. 23, 20__

***Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.***

## ADDITIONAL INFORMATION

*The next three pages are for the Division's records and **will not be sent out** with the rest of your complaint.*

### Contact information

My primary telephone number:
**917** **609** **2443**
(area code)
- [ ] home phone
- [ ] work phone
- [x] cell phone
- [ ] other _____

My secondary telephone number:
_____ _____ _____
(area code)
- [ ] home phone
- [ ] work phone
- [ ] cell phone
- [ ] other: _____

My email address: Dinaosborne70 @ gmail . Com

Last four digits of my Social Security number: 6435

Contact person *(someone who does not live with you but will know how to contact you if the Division cannot reach you):*

Name: Emmanuel Osborne

Telephone number: 917 587 9354
(area code)

Relationship to me: BROTHER

### Special Needs

I am in need of: a) A translator *(if so, which language?)*: _____

b) Accommodations for a disability: _____

c) Other: _____

**Settlement / Conciliation:** I WANT PRICEWATERHOUSE COOPERS TO HONOR THIS CONTRACT.

To settle this complaint, I would accept: *(Please explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc?)*

**Witnesses:**

**The following people saw or heard the discrimination and can act as witnesses:**

Name: _____ Job title: _____

Telephone number: _____ _____ _____

Relationship to me: _____

What did this person witness?: _____


Name: _____ Job title: _____

Telephone number: _____ _____ _____

Relationship to me: _____

What did this person witness? _____


*If you have more witnesses, please write their names and information on a separate sheet of paper and attach it to this form. Please do not write on the back of this form.*


**Additional Details:**

**Did you report or complain about the discrimination to someone else?**
*(If you told someone, filed a report or sent a letter about the discrimination, please indicate whether you went to a supervisor, a manager, the owner of the company, your human resources office, your union, your housing provider, the police, etc.).*


**Date you reported or complained about discrimination:** _____ _____ _____
                                                                                        month        day        year

**How exactly did you complaint about the discrimination?**
*(Who did you talk to about it? Who did you filed a report or make a formal written complaint or union grievance with? What did you say?)*


**What happened after you complained?**
*(Was your complaint investigated? Was any action taken in response to your complaint? Did the discrimination stop? Did you experience retaliation for complaining?)*

**If you did not report the discrimination, please explain why:**

I was insulted when Jessica from HR Slammed the door shut after I passed her office but didn't complain to anyone at the time because I felt I needed to email her to explain why it seems as though I was looking for her so many times.

**Did the person you are complaining against touch you, hurt you, or physically harm you?**

☐ Yes ☒ No

*If yes, please explain:*

**Examples of other people who were discriminated against in the same way as you were:**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*

**Examples of other people who were treated better than you were:**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, people who were allowed to stay in the store while you were told to leave, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, ages, religions, etc.*

THE ACCOUNT INVESTMENT SPECIALIST who trained me is white 24 year old and she said that she have never met her goals and is with company from since earlier this year and that they were upset with her letters, other sources said that she was rude and blunt in her letters and is still there as a PA. In my case I'm not aware of any issues other than on 11/18/2015 when I went to introduce myself to Jessica in HR and the door was slammed shut in my face and was the reason for me to feel insulted enough to write an email explaining the reason for me to be looking for her was to introduce myself and to collect the

emotionally hurt



## NOTICE and ACKNOWLEDGEMENT of WAGE RATE FOR ASSIGNMENT
### Universal Form

| EMPLOYEE |
|---|

Employee Name: <u>Claudina Osborne</u>

Start Date: <u>10/05/2015</u>          Expected End Date: <u>09/30/2016</u>

  * Synergy must provide you with authorization to start. This is your expected start date only and is subject to change.

Expected number of hours per week: <u>40</u>

☐ Part-time – As defined by the ACA, part time works less than 30 hours per week, on average. You will not be given an offer of "qualified" medical coverage through Synergy Services. If at any time during your assignment you feel this designation should be changed, please contact your Program Specialist.

☑ Full-time – As defined by the ACA, full time works 30 hours per week or more, on average. You will be given an offer of "qualified" medical coverage through Synergy Services. If at any time during your assignment you feel this designation should be changed, please contact your Program Specialist.

| EMPLOYER |
|---|

Legal Name of Hiring Employer: <u>Synergy Services</u>          Hiring Employer's Telephone Number: <u>877-767-8689</u>

Physical Address of Hiring Employer's Main Office: <u>4601 DTC Boulevard, Suite 650 Denver, CO 80237</u>

Synergy Services is your Employer of Record (EOR) for this assignment with the below listed Client. If you have any questions regarding your assignment, pay rate or payment schedule, benefits, or any other issue regulated by State or Federal Employment Law, you must contact Synergy Services first. As your EOR, we are responsible for addressing these issues with you, or on your behalf.

Client for whom you are on Assignment: <u>PricewaterhouseCoopers</u>

Client Physical Address: <u>300 Madison Ave. New York, NY 10017</u>

| WAGE INFORMATION |
|---|

Rate(s) of Pay (Regular): <u>$32.00</u>          (Overtime): <u>$48.00</u>

Rate by (check box): ☑ Hour   ☐ Shift   ☐ Day   ☐ Week   ☐ Salary   ☐ Piece rate   ☐ Commission

  Other (provide specifics): _____

Regular Payday: <u>Friday</u>          Frequency of pay: <u>Weekly</u>          Exempt Status: <u>Non-Exempt</u>

| WORKER'S COMPENSATION |
|---|

Insurance Carrier's Name: <u>Gallagher Basset/Zurich</u>          Address: <u>P.O. Box 23812, Tucson, AZ 85734</u>

Phone Number: <u>1-866-324-5585</u>          Policy No: <u>0476</u>

If you are hurt while at work, contact Synergy as soon as possible at 720-897-8292.

| ACKNOWLEDGEMENT |
|---|

I hereby acknowledge that I have been notified of my wage rate(s), overtime rate and designated pay day, and my employer on the date set forth above.

Date: <u>9/24/15</u>          Employee's Signature: _____

Date: _____          Employer's Signature: _____

### IMPORTANT:

In order for you to start your new assignment, you must sign this acknowledgement and return it to Synergy Services before your start date. Failure to sign and return this acknowledgement may result in your termination from employment with Synergy Services.

RETURN DOCUMENT TO:   • Scanned Document: E-mail to pwc@synergyservicescorp.com

        • Faxed Document: Fax copy to 800-586-5401

DATE: 04OCT15  CONFIRMATION NUMBER: H79PLT  AGENT: e69129  EXPIRATION DATE: 30SEP16  TICKET#: 5262147750154

| From | To | Flt | Date | Dep | Arr | BC |
|------|----|-----|------|-----|-----|----|
| MCO | ATL | 2808 | 04OCT | 840A | 1015A | O |
| ATL | LGA | 381 | 04OCT | 1210P | 235P | O |
| MCO | STL | 1859 | 04OCT | 155P | 320P | Y |
| STL | LGA | 1738 | 04OCT | 710P | 1035P | Y |

| Customer Name | Base Fare | Fees Taxes | Total | Estimal Earn P |
|---|---|---|---|---|
| OSBORNE/ CLAUDINA R | 155.72 | 34.28 | 190.00 | 93 |
| **TICKET TOTAL** | 155.72 | 34.28 | 190.00 | |

NONREF/ NONTRANSFERABLE/ STANDBY REQ UPGRADE TO Y
VI ############4705     Osborne/ Claudina $190.00
FP VI AUTH:   $190.00

Rapid Rewards points earned are only estimates.
Not a Member? Visit southwest.com and sign up today!

---

ISSUED BY AND VALID ONLY ON
SOUTHWEST AIRLINES®   Security Document        Security Document

# OSBORNE/CLAUDINA

Flight **2808**   Gate 122 (Subject to Change)

Oct 04



Confirmation Number: H79PLT
MCO to ATL 2808   **Proceed to Gate for**
ATL to LGA 381    **Boarding Position**

LN Osborne
FN Claudina
MN R

OSBORNE/CLAUD
Conf. #: H79PLT
Oct 04
2808 ORLANDO INTL
   to ATLANTA GA
381 ATLANTA GA
   to NEW YORK LAGUARDIA



Issued 8:26AM              4          H79PLT